UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DOUGLAS WAYNE MULLINIX :
19 Harriet Drive
Glen Burnie, Maryland 21061 :

           Plaintiff, :

v. : Civil No. _____

CARLOS ALBERTO GONZALEZ :
c/o WTTG FOX 5 :
FOX TELEVISION STATIONS, INC.
5151 Wisconsin Avenue :
Washington, D.C. 20016
  :
and
  :
WTTG FOX 5
FOX TELEVISION STATIONS, INC. :
5151 Wisconsin Avenue
Washington, D.C. 20016 :

    SERVE: <u>Resident Agent</u>: :
        Corporation Service Company
        1090 Vermont Avenue, N.W. :
        Washington, D.C. 20005
  :
and
  :
THE NEWS CORPORATION, LTD
1211 Avenue of the Americas, 8th Floor :
New York, New York 10036
  :
    SERVE: <u>Resident Agent</u>:
        Corporation Service Co. :
        2711 Centerville Rd., #400
        Wilmington, DE 19808 :

           Defendants. :

## COMPLAINT

The Plaintiff, DOUGLAS MULLINIX, by and through counsel, AXELSON,

WILLIAMOWSKY, BENDER & FISHMAN, P.C., sues Defendants, CARLOS ALBERTO GONZALEZ, WTTG FOX 5/FOX TELEVISION STATIONS, INC., and THE NEWS CORPORATION, LTD, and in support thereof, states as follows:

## JURISDICTION AND VENUE

1. Plaintiff, DOUGLAS MULLINIX is and was at all times relevant hereto an adult resident of Maryland.

2. Plaintiff, DOUGLAS MULLINIX was a passenger in a vehicle owned by his employer at the time of this accident.

3. Defendant, CARLOS ALBERTO GONZALEZ, was operating a Chevrolet Suburban vehicle at the time of this accident.

4. Defendant, CARLOS ALBERTO GONZALEZ, is and was, at all times relevant hereto, an employee of the Defendants, WTTG FOX 5/FOX TELEVISION STATIONS, INC. and THE NEWS CORPORATION LIMITED.

5. Defendants, WTTG FOX 5/FOX TELEVISION STATIONS, INC. (hereinafter referred to as "WTTG Fox 5")and THE NEWS CORPORATION LIMITED, (hereinafter referred to as "News Corp.") are and were, at all times relevant hereto, businesses incorporated in and/or conducting substantial business in Washington, D.C.

6. This court has jurisdiction in this matter in accordance with 28 U.S.C. §1332 based on diversity of citizenship, and the amount in controversy which exceeds Seventy-Five Thousand Dollars ($75,000.00).

7. This court has venue in this matter in accordance with 28 U.S.C. §1391.

## STATEMENT OF MATERIAL FACTS

8. On or about November 17, 2004, Plaintiff was a passenger riding in his employer's vehicle, in the course of his employment at the intersection of Connecticut and Massachusetts Avenues in Washington, D.C., stopped lawfully at a red traffic light.

9. Suddenly, and without warning, a vehicle being operated by Defendant Alberto Carlos Gonzalez struck the rear of the vehicle in which the Plaintiff was a passenger. Defendant Gonzalez's vehicle was owned by the Defendants WTTG Fox 5 and News Corp.

10. Defendant, Gonzalez, operated the vehicle owned by Defendants WTTG Fox 5 and News Corp. and rear ended the vehicle in which Plaintiff was a passenger, causing a violent collision.

11. At the time of this collision, the Defendant Gonzalez, was an employee or agent of Defendants WTTG Fox 5 and New Corp. and was acting in the course of his employment. Defendant Gonzalez was also using the vehicle owned by Defendants WTTG Fox 5 and News Corp. for the use and benefit of the Defendants WTTG Fox 5 and News Corp.

## COUNT I
### (Negligence)

12. Plaintiff, Douglas Mullinix, adopts and incorporates herein each and every allegation set forth in paragraphs one (1) through eleven (11) of this Complaint.

13. Defendant, Gonzalez owed a duty to Plaintiff to exercise reasonable care in the operation of his vehicle.

14. Defendant, Gonzalez, breached this duty to Plaintiff and was unreasonable, careless, reckless and negligent in the operation of the vehicle owned by Defendants WTTG Fox 5 and News Corp., by the following actions and inactions including, but not limited to,

   A. failing to pay careful and reasonable attention to the roadway and conditions;

   B. failing to pay careful and reasonable attention to the operation of the vehicle;

   C. failing to keep the vehicle under control;

   D. failing to maintain a proper lookout;

   E. failing to maintain a proper, safe following distance;

   F. failing to comply with applicable traffic laws and regulations governing yielding the right of way.

   G. failing to stop his vehicle to obey a red traffic signal in order to avoid a collision with another vehicle lawfully stopped on the roadway.

   H. failing to observe the presence and proximity of other vehicles lawfully on the roadway

   I. failing to use due care and caution

15. The forceful collision caused Plaintiff to experience severe personal injuries.

16. The impact of the collision was with such great force so as to cause the Plaintiff to suffer serious injuries without any negligence on the part of the Plaintiff contributing thereto.

17. Defendant, Gonzalez's negligence directly and proximately caused Plaintiff to sustain severe personal injuries.

18. Because of the injuries from the collision caused by the Defendant, the Plaintiff has incurred medical costs and lost wages in the past and future.

19. Further, the Plaintiff has incurred substantial pain, suffering, and loss of enjoyment in the past and future as a result of the Defendant's negligence.

16. Defendants WTTG Fox 5 and News Corp. are also responsible for Defendant Carlos Alberto Gonzalez's negligence because Defendant Gonzalez was operating the vehicle owned by Defendants WTTG Fox 5 and News Corp. for their use and benefit, and in the course of his employment.

WHEREFORE, Plaintiff, DOUGLAS MULLINIX demands judgment from and against the Defendants, CARLOS ALBERTO GONZALEZ, WTTG Fox 5/FOX TELEVISION STATIONS, INC. and THE NEWS CORPORATION, jointly and severally in the amount of $500,000.00 plus interest and costs.

Respectfully submitted,

AXELSON, WILLIAMOWSKY,
BENDER & FISHMAN, P.C.

By: _____
Bruce M. Bender, D.C. Bar #381319
401 N. Washington St., Suite 550
Rockville, MD 20850
(301) 738-7660
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DOUGLAS WAYNE MULLINIX              :

        Plaintiff,              :

v.                                                           :        Civil No. _____

CARLOS ALBERTO GONZALEZ      :

and                                                       :

WTTG FOX 5                                     :
FOX TELEVISION STATIONS, INC.

and                                                       :

THE NEWS CORPORATION, LTD    :

        Defendants.          :

## DEMAND FOR JURY TRIAL

The Plaintiff hereby demands a jury trial in the above captioned matter on all issues herein.

Respectfully submitted,

AXELSON, WILLIAMOWSKY,
BENDER & FISHMAN, P.C.

By: _____
Bruce M. Bender, D.C. Bar #381319
401 N. Washington St., Suite 550
Rockville, MD 20850
(301) 738-7660
Attorneys for Plaintiff

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

Douglas W. Mullinix
19 Harriet Drive
Glen Burnie, Maryland 21061

## DEFENDANTS

Carlos Alberto Gonzalez, et al
c/o WTTG Fox 5
5151 Wisconsin Avenue
Washington, D.C. 20016

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Bruce M. Bender, Esq. (301) 738-7660
Axelson, Williamowsky, Bender & Fishman, P.C.
401 N. Washington St., Suite 550
Rockville, Maryland 20850

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
◉ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ◉ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ◉ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☒ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

◉ **E. General Civil (Other)** OR ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C § 1332

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 500,000.00    Check YES only if demanded in complaint
JURY DEMAND:    YES ☒    NO ☐

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 11/7/07    SIGNATURE OF ATTORNEY OF RECORD [signature]

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.