UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DOUGLAS WAYNE MULLINIX             :
19 Harriet Drive
Glen Burnie, Maryland 21061        :

     Plaintiff,      :

v.                                 :  Civil No. _____

CARLOS ALBERTO GONZALEZ            :
c/o WTTG FOX 5                     :
FOX TELEVISION STATIONS, INC.
5151 Wisconsin Avenue              :
Washington, D.C. 20016
                                   :
and
                                   :
WTTG FOX 5
FOX TELEVISION STATIONS, INC.      :
5151 Wisconsin Avenue
Washington, D.C. 20016             :

  SERVE: <u>Resident Agent</u>:   :
    Corporation Service Company
    1090 Vermont Avenue, N.W.   :
    Washington, D.C. 20005
                                   :
and
                                   :
THE NEWS CORPORATION, LTD
1211 Avenue of the Americas, 8th Floor   :
New York, New York 10036
                                   :
  SERVE: <u>Resident Agent</u>:
    Corporation Service Co.    :
    2711 Centerville Rd., #400
    Wilmington, DE 19808       :

     Defendants.     :

## COMPLAINT

The Plaintiff, DOUGLAS MULLINIX, by and through counsel, AXELSON,

WILLIAMOWSKY, BENDER & FISHMAN, P.C., sues Defendants, CARLOS ALBERTO GONZALEZ, WTTG FOX 5/FOX TELEVISION STATIONS, INC., and THE NEWS CORPORATION, LTD, and in support thereof, states as follows:

## JURISDICTION AND VENUE

1. Plaintiff, DOUGLAS MULLINIX is and was at all times relevant hereto an adult resident of Maryland.

2. Plaintiff, DOUGLAS MULLINIX was a passenger in a vehicle owned by his employer at the time of this accident.

3. Defendant, CARLOS ALBERTO GONZALEZ, was operating a Chevrolet Suburban vehicle at the time of this accident.

4. Defendant, CARLOS ALBERTO GONZALEZ, is and was, at all times relevant hereto, an employee of the Defendants, WTTG FOX 5/FOX TELEVISION STATIONS, INC. and THE NEWS CORPORATION LIMITED.

5. Defendants, WTTG FOX 5/FOX TELEVISION STATIONS, INC. (hereinafter referred to as "WTTG Fox 5")and THE NEWS CORPORATION LIMITED, (hereinafter referred to as "News Corp.") are and were, at all times relevant hereto, businesses incorporated in and/or conducting substantial business in Washington, D.C.

6. This court has jurisdiction in this matter in accordance with 28 U.S.C. §1332 based on diversity of citizenship, and the amount in controversy which exceeds Seventy-Five Thousand Dollars ($75,000.00).

7. This court has venue in this matter in accordance with 28 U.S.C. §1391.

## STATEMENT OF MATERIAL FACTS

8. On or about November 17, 2004, Plaintiff was a passenger riding in his employer's vehicle, in the course of his employment at the intersection of Connecticut and Massachusetts Avenues in Washington, D.C., stopped lawfully at a red traffic light.

9. Suddenly, and without warning, a vehicle being operated by Defendant Alberto Carlos Gonzalez struck the rear of the vehicle in which the Plaintiff was a passenger. Defendant Gonzalez's vehicle was owned by the Defendants WTTG Fox 5 and News Corp.

10. Defendant, Gonzalez, operated the vehicle owned by Defendants WTTG Fox 5 and News Corp. and rear ended the vehicle in which Plaintiff was a passenger, causing a violent collision.

11. At the time of this collision, the Defendant Gonzalez, was an employee or agent of Defendants WTTG Fox 5 and New Corp. and was acting in the course of his employment. Defendant Gonzalez was also using the vehicle owned by Defendants WTTG Fox 5 and News Corp. for the use and benefit of the Defendants WTTG Fox 5 and News Corp.

## COUNT I
### (Negligence)

12. Plaintiff, Douglas Mullinix, adopts and incorporates herein each and every allegation set forth in paragraphs one (1) through eleven (11) of this Complaint.

13. Defendant, Gonzalez owed a duty to Plaintiff to exercise reasonable care in the operation of his vehicle.

14. Defendant, Gonzalez, breached this duty to Plaintiff and was unreasonable, careless, reckless and negligent in the operation of the vehicle owned by Defendants WTTG Fox 5 and News Corp., by the following actions and inactions including, but not limited to,

   A. failing to pay careful and reasonable attention to the roadway and conditions;

   B. failing to pay careful and reasonable attention to the operation of the vehicle;

   C. failing to keep the vehicle under control;

   D. failing to maintain a proper lookout;

   E. failing to maintain a proper, safe following distance;

   F. failing to comply with applicable traffic laws and regulations governing yielding the right of way.

   G. failing to stop his vehicle to obey a red traffic signal in order to avoid a collision with another vehicle lawfully stopped on the roadway.

   H. failing to observe the presence and proximity of other vehicles lawfully on the roadway

   I. failing to use due care and caution

15. The forceful collision caused Plaintiff to experience severe personal injuries.

16. The impact of the collision was with such great force so as to cause the Plaintiff to suffer serious injuries without any negligence on the part of the Plaintiff contributing thereto.

17. Defendant, Gonzalez's negligence directly and proximately caused Plaintiff to sustain severe personal injuries.

18. Because of the injuries from the collision caused by the Defendant, the Plaintiff has incurred medical costs and lost wages in the past and future.

19. Further, the Plaintiff has incurred substantial pain, suffering, and loss of enjoyment in the past and future as a result of the Defendant's negligence.

16. Defendants WTTG Fox 5 and News Corp. are also responsible for Defendant Carlos Alberto Gonzalez's negligence because Defendant Gonzalez was operating the vehicle owned by Defendants WTTG Fox 5 and News Corp. for their use and benefit, and in the course of his employment.

WHEREFORE, Plaintiff, DOUGLAS MULLINIX demands judgment from and against the Defendants, CARLOS ALBERTO GONZALEZ, WTTG Fox 5/FOX TELEVISION STATIONS, INC. and THE NEWS CORPORATION, jointly and severally in the amount of $500,000.00 plus interest and costs.

Respectfully submitted,

AXELSON, WILLIAMOWSKY,
BENDER & FISHMAN, P.C.

By: _____
Bruce M. Bender, D.C. Bar #381319
401 N. Washington St., Suite 550
Rockville, MD 20850
(301) 738-7660
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DOUGLAS WAYNE MULLINIX           :

            Plaintiff,         :

v.                                :        Civil No. _____

CARLOS ALBERTO GONZALEZ           :

and                               :

WTTG FOX 5                        :
FOX TELEVISION STATIONS, INC.

and                               :

THE NEWS CORPORATION, LTD         :

            Defendants.       :

## DEMAND FOR JURY TRIAL

The Plaintiff hereby demands a jury trial in the above captioned matter on all issues herein.

Respectfully submitted,

AXELSON, WILLIAMOWSKY,
BENDER & FISHMAN, P.C.

By: _____
Bruce M. Bender, D.C. Bar #381319
401 N. Washington St., Suite 550
Rockville, MD 20850
(301) 738-7660
Attorneys for Plaintiff