UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS WAYNE MULLINIX, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case: 1:07-cv-02034 |
| | ) Judge: Paul L. Friedman |
| CARLOS ALBERTO GONZALEZ, *et al.* | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF FILING OF STIPULATION ORDER

PLEASE TAKE NOTICE that Defendants Carlos Alberto Gonzalez, WTTG Fox 5, Fox Television Stations, Inc., and The News Corporation, LTD today file with the United States District Court for the District of Columbia a Stipulation for Extension of Time to Answer.

Respectfully submitted,

Carlos Alberto Gonzalez, WTTG Fox 5, Fox Television
Stations, Inc., and The News Corporation, LTD
By Counsel

_____
Albert A. Foster, Esquire
DC Bar No.: 464009
Peter K. Tompa, Esquire
DC Bar No.: 413752
Dillingham & Murphy, LLP
1155 Connecticut Ave, NW, #1120
Washington, DC  20036
Telephone: (202) 835-9880
Facsimile: (202) 835-9885
aaf@dillinghammurphy.com
Counsel for Defendants Carlos Alberto Gonzalez,
WTTG Fox 5, Fox Television Stations, Inc., and
The News Corporation, LTD.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Filing of Stipulation Order was transmitted in accordance with and via the electronic filing system to:

>Douglas Wayne Mullinix
>c/o Bruce M. Bender, Esq.
>Axelson, Williamowsky, Bender & Fishman, P.C.
>401 N. Washington Street
>Suite 550
>Rockville, MD 20850

this 29th day of November 2007.

_____
Peter K. Tompa

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS WAYNE MULLINIX,<br>19 Harriet Drive<br>Glen Burnie, MD 21061<br><br>      Plaintiff,<br>  v.<br><br>CARLOS ALBERTO GONZALEZ,<br>c/o WTTG Fox 5/Fox Television Stations, Inc.<br>5151 Wisconsin Avenue<br>Washington, DC 20016<br><br>      and<br><br>WTTG FOX 5,<br>FOX TELEVISION STATIONS, INC.,<br>5151 Wisconsin Avenue<br>Washington, DC 20016<br><br>      and<br><br>THE NEWS CORPORATION, LTD<br>1211 Avenue of the Americas, 8th Floor<br>New York, NY 10036<br><br>      Defendants. | Case: 1:07-cv-02034<br>Judge: Paul L. Friedman |

**STIPULATION FOR EXTENSION OF TIME TO ANSWER**

The parties hereby stipulate and agree that Defendants Carlos Alberto Gonzalez, WTTG Fox 5, Fox Television Stations, Inc., and The News Corporation, LTD will have up through and

including December 31, 2007 to Answer or otherwise respond to the Complaint in the above captioned matter.

Respectfully submitted,

| | |
|---|---|
| Douglas Wayne Mullinix<br>By Counsel | Carlos Alberto Gonzalez, WTTG Fox 5, Fox Television Stations, Inc., and The News Corporation, LTD<br>By Counsel |
| *Bruce M. Bender/PKT*<br>Bruce M. Bender, Esquire<br>DC Bar No.: 381319<br>Axelson, Williamowsky,<br>Bender & Fishman P.C.<br>401 N. Washington Street<br>Suite 550<br>Rockville, MD 20850<br>Telephone: 301-738-7660<br>Facsimile: 301-424-0124<br>bmb@vawlaw.com<br>Counsel for Plaintiff<br>Douglas Wayne Mullinix | *Peter K. Tompa*<br>Albert A. Foster, Esquire<br>DC Bar No.: 464009<br>Peter K. Tompa, Esquire<br>DC Bar No.: 413752<br>Dillingham & Murphy, LLP<br>1155 Connecticut Ave, NW, #1120<br>Washington, DC 20036<br>Telephone: (202) 835-9880<br>Facsimile: (202) 835-9885<br>aaf@dillinghammurphy.com<br>Counsel for Defendants Carlos Alberto Gonzalez, WTTG Fox 5, Fox Television Stations, Inc., and The News Corporation, LTD. |

SO ORDERED,

_____
Paul L. Friedman
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation for Extension of Time to Answer was transmitted in accordance with and via the electronic filing system to:

>Douglas Wayne Mullinix
>c/o Bruce M. Bender, Esq.
>Axelson, Williamowsky, Bender & Fishman, P.C.
>401 N. Washington Street
>Suite 550
>Rockville, MD 20850

this 29th day of November 2007.

_____
Peter K. Tompa