UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS WAYNE MULLINIX, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case: 1:07-cv-02034 |
| ) | Judge: Paul L. Friedman |
| CARLOS ALBERTO GONZALEZ, *et al.* ) | |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE OF PETER K. TOMPA, ESQUIRE

COME NOW the Defendants Carlos Alberto Gonzalez, WTTG Fox 5, Fox Television Stations, Inc., and The News Corporation, LTD and note the appearance of their counsel Dillingham & Murphy, LLP, 1155 Connecticut Avenue N.W., Suite 1120, Washington D.C. 20036, Albert A. Foster, Jr. and Peter K. Tompa. Please forward all filings and correspondence to the undersigned at the address listed below.

Respectfully submitted,

Carlos Alberto Gonzalez, WTTG Fox 5, Fox Television
Stations, Inc., and The News Corporation, LTD
By Counsel

_/s/ Peter K. Tompa_
Peter K. Tompa, Esquire
DC Bar No.: 413752
Dillingham & Murphy, LLP
1155 Connecticut Ave, NW
Suite 1120
Washington, DC 20036
Telephone: (202) 835-9880
Facsimile: (202) 835-9885
pkt@dillinghammurphy.com
Counsel for Defendants Carlos Alberto Gonzalez,
WTTG Fox 5, Fox Television Stations, Inc., and
The News Corporation, LTD

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance of Peter K. Tompa, Esquire was transmitted in accordance with and via the electronic filing system to:

> Douglas Wayne Mullinix
> c/o Bruce M. Bender, Esq.
> Axelson, Williamowsky, Bender & Fishman, P.C.
> 401 N. Washington Street
> Suite 550
> Rockville, MD  20850

this 29th day of November 2007.

_____
Peter K. Tompa