UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DOUGLAS WAYNE MULLINIX | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 07-cv-02034 PLF |
| CARLOS ALBERTO GONZALEZ<br>c/o WTTG FOX 5 | : | |
| FOX TELEVISION STATIONS, INC. | : | |
| and | : | |
| WTTG FOX 5<br>FOX TELEVISION STATIONS, INC. | : | |
| and | : | |
| THE NEWS CORPORATION, LTD | : | |
| Defendants. | : | |

## PRAECIPE

PLEASE accept for filing the attached Affidavit of Service whereby service was made on The News Corporation through its Resident Agent.

        Respectfully submitted,
        AXELSON, WILLIAMOWSKY,
        BENDER & FISHMAN, P.C.


        /S/
        Bruce M. Bender, D.C. Bar #381319
        401 N. Washington Street, Suite 550
        Rockville, Maryland 20850
        (301) 738-7660 Office
        (301) 424-0124  Fax

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DOUGLAS WAYNE MULLINIX | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 07-cv-02034 PLF |
| CARLOS ALBERTO GONZALEZ<br>c/o WTTG FOX 5<br>FOX TELEVISION STATIONS, INC. | : | |
| | : | |
| and | : | |
| WTTG FOX 5<br>FOX TELEVISION STATIONS, INC. | : | |
| | : | |
| and | : | |
| THE NEWS CORPORATION, LTD | : | |
| Defendants. | : | |

## AFFIDAVIT OF SERVICE

I HEREBY CERTIFY that the Defendant herein, The News Corporation, LTD through its Resident Agent, Corporation Services Co., was served with a Summons and Complaint in the above-captioned case on or about November 19, 2007 at 2711 Centerville Road, Suite 400, Wilmington, DE 19808, by Certified Mail, No. 7002 0860 0007 7055 2137, as evidenced by the return receipt attached hereto and incorporated by reference herein. I further certify that I am above the age of eighteen (18) and not a party to this action.

I DO SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
Terri L. Peters
AXELSON, WILLIAMOWSKY, BENDER
& FISHMAN, PC
401 N. Washington Street, Suite 550
Rockville, Maryland 20850
(30l) 738-7600

STATE OF MARYLAND
COUNTY OF MONTGOMERY

Before me, the undersigned, a Notary Public in and for the State and County aforesaid, personally appeared TERRI L. PETERS, on this 28th day of November 2007, and made oath in due form of law that the facts and matters set forth above are true and correct.

_____
Notary Public

My Commission Expires: 5-1-08

Susan E. Velasquez
Notary Public
Montgomery County, MD
My Commission expires May 1 2008

