UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS WAYNE MULLINIX, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CARLOS ALBERTO GONZALEZ, *et al.* )<br>)<br>Defendants. ) | Case: 1:07-cv-02034<br>Judge: Paul L. Friedman |

**NOTICE OF APPEARANCE OF ALBERT A. FOSTER, ESQUIRE**

COME NOW the Defendants Carlos Alberto Gonzalez, WTTG Fox 5, Fox Television Stations, Inc., and The News Corporation, LTD and note the appearance of their counsel Dillingham & Murphy, LLP, 1155 Connecticut Avenue N.W., Suite 1120, Washington D.C. 20036, Albert A. Foster, Jr. Please forward all filings and correspondence to the undersigned at the address listed below.

    Respectfully submitted,

    Carlos Alberto Gonzalez, WTTG Fox 5, Fox Television
    Stations, Inc., and The News Corporation, LTD
    By Counsel

     /s/  Albert A. Foster
    Albert A. Foster, Esquire
    DC Bar No.: 464009
    Dillingham & Murphy, LLP
    1155 Connecticut Ave, NW
    Suite 1120
    Washington, DC  20036
    Telephone: (202) 835-9880
    Facsimile: (202) 835-9885
    aaf@dillinghammurphy.com
    Counsel for Defendants Carlos Alberto Gonzalez,
    WTTG Fox 5, Fox Television Stations, Inc., and
    The News Corporation, LTD

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Entry of Appearance of Albert A. Foster, Esquire was transmitted in accordance with and via the electronic filing system to:

        Douglas Wayne Mullinix
        c/o Bruce M. Bender, Esq.
        Axelson, Williamowsky, Bender & Fishman, P.C.
        401 N. Washington Street
        Suite 550
        Rockville, MD  20850

on this 12th day of December 2007.

                                      /s/  Albert A. Foster
                                      Albert A. Foster