UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DOUGLAS WAYNE MULLINIX,         )
                                )
        Plaintiff,               )
    v.                           )   Case: 1:07-cv-02034-PLF
                                )
CARLOS ALBERTO GONZALEZ, *et al.*  )
                                )
        Defendants.              )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS OF DEFENDANTS NEWS CORPORATION AND FOX TELEVISION STATIONS, INC.**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for News Corporation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of News Corporation which have any outstanding securities in the hands of the public.

Defendant Fox Television Stations, Inc., which operates the television station known as WTTG Fox 5, is a subsidiary of News Corporation, a Delaware Corporation whose shares are issued to the public and traded on the New York Stock Exchange. Liberty Media Corporation, which itself issues shares to the public that are traded on the New York Stock Exchange, has, approximately 19% interest in the voting stock of News Corporation.

These representations are made in order that judges of this Court may determine the need for recusal.

                                                /s/ Peter K. Tompa
                                              Peter K. Tompa
                                              Attorney of Record for News Corporation
                                              and Fox Television Stations, Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 31st day of December 2007, a copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests of Defendants News Corporation and Fox Television Stations, Inc. was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

    /s/ Peter K. Tompa
    Peter K. Tompa, Esquire