UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS WAYNE MULLINIX | : |
|     Plaintiff, | : |
| v. | :    Civil No. 07-cv-02034 PLF |
| CARLOS ALBERTO GONZALEZ<br>c/o WTTG FOX 5<br>FOX TELEVISION STATIONS, INC. | :<br><br>: |
| and | : |
| WTTG FOX 5<br>FOX TELEVISION STATIONS, INC. | : |
| and | : |
| THE NEWS CORPORATION, LTD | : |
|     Defendants. | : |

## JOINT REPORT TO THE COURT IN COMPLIANCE
## WITH LOCAL RULE 16.3

COME NOW the Plaintiff, DOUGLAS MULLINIX, by and through counsel, AXELSON, WILLIAMOWSKY, BENDER & FISHMAN, P.C., and the Defendants, CARLOS ALBERTO GONZALEZ, FOX TELEVISION STATIONS, INC., and THE NEWS CORPORATION, LTD, by and through counsel, DILLINGHAM & MURPHY, LLP, and hereby submit this report in compliance with Local Rule 16.3 of the Rules of the United States District Court for the District of Columbia and the December 31, 2007 Order for Initial Scheduling Conference, and state that they have agreed as follows:

1.    Statement of the Case, Claims and Defenses:

      Plaintiff has brought this action in negligence against the three Defendants alleging that he suffered severe personal injuries while a passenger in an automobile

that was rear-ended by the Defendant, Gonzalez when he was working within the course of his employment for the Defendant, Fox Television Stations, Inc. The statutory basis for jurisdiction is diversity jurisdiction is 28 U.S. C. §1332.

Defendants generally deny liability in this case.

2. The parties do not anticipate filing any dispositive motions at this stage of the proceedings. However, the parties are working on a stipulation relative to dismissing two of the three Defendants, subject to the remaining Defendant's stipulations on agency. Said stipulation will be submitted shortly.

3. The parties do not anticipate adding any additional parties or filing any amendments to the pleadings other than the stipulation mentioned in paragraph 2. Said stipulation will be filed by January 24, 2008.

4. The parties are not opposed to assigning this case to a Magistrate Judge.

5. At this point in time, it is too early to determine the prospects for settlement. Counsel for the parties will be open to settlement discussions as discovery progresses.

6. At this point, the parties believe that Alternative Dispute Resolution would be useful as discovery progresses. The parties believe that an ADR conference would be helpful after 90 days of discovery is completed.

7. The parties request that the following deadlines be established regarding summary judgment:

    a) Defendants' Motion for Summary Judgment - 30 days after completion of discovery;

    b) Plaintiff's Opposition to Motion for Summary Judgment - 30 days thereafter;

      c)      Defendants' Reply Memorandum - 10 days thereafter.

8. The parties will comply with the initial disclosure requirement, required by Fed. R. Civ. P. Rule 26(a)(1),within the near future and provide written discovery to the opposing party within 30 days after the initial disclosures.

9. The parties request that the discovery remain open for 6 months after the initial status conference, through July 24, 2008.

10    That the parties agree as to the following deadlines:

    a)    Interrogatories and Requests for Production of Documents to be answered . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 03/24/2008

    b)    Identification of all fact witnesses who may testify at trial . . . . 06/01/2008

    c)    Plaintiff's Expert Designation deadline . . . . . . . . . . . . . . . . . . 06/01/2008

    d)    Defendants' Expert Designation deadline . . . . . . . . . . . . . . . . 07/01/2008

    e)    Plaintiff's Rebuttal Designation deadline . . . . . . . . . . . . . . . . . 07/20/2008

    f)    Close of Discovery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 07/24/2008

    g)    Dispositive Motions Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . 08/24/2008

11. The parties do not believe that any Protective Orders will be necessary.

12. The parties agree that at this time, bifurcation for purposes of discovery or trial is not indicated.

13. The parties request that the Pretrial Conference date be set at the initial Scheduling Conference, to be no sooner than 30 days after the deadline for filing dispositive motions.

14. The parties request that the Court set a trial date at the Pretrial Conference. The parties further request that the Court schedule a final Pre-Trial Conference 30 days prior

to the trial date.

                                        Respectfully submitted,

| AXELSON, WILLIAMOWSKY, BENDER & FISHMAN, P.C. | DILLINGHAM & MURPHY, LLP |
|---|---|
| /S/ | /S/ |
| Bruce M. Bender, D.C. Bar #381319 | Peter Tompa, D.C. Bar #413752 |
| 401 N. Washington Street, Suite 550 | 1155 Connecticut Avenue, N.W. |
| Rockville, Maryland 20850 | Suite 1120 |
| (301) 738-7660 Office | Washington, D.C. 20036 |
| (301) 424-0124  Fax | (202)835-9880 Office |
| Attorney for Plaintiff | (202)835-9885 Fax |
|  | Attorney for Defendants |