UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DOUGLAS WAYNE MULLINIX,          )
                                )
                    Plaintiff,  )
        v.                      )        Case:  1:07-cv-02034 PLF
                                )        Judge:  Paul L. Friedman
CARLOS ALBERTO GONZALEZ, *et al.* )
                                )
                   Defendants.  )

## <u>STIPULATION OF FACT</u>

The parties hereby stipulate and agree to the following:

1. Carlos Alberto Gonzalez was an employee of Fox Television Stations, Inc. at the time of the accident at issue in the above captioned matter, November 17, 2004, and is still an employee of Fox Television Stations, Inc.

2. Carlos Alberto Gonzalez was driving a Fox Television Stations, Inc. vehicle and was acting within the scope of his employment and for the use and benefit of Fox Television Stations, Inc. at the time of the accident at issue in the above captioned matter, November 17, 2004.

3. Fox Television Stations, Inc. maintains insurance that covers any claim for damages made by the Plaintiff for alleged negligence of Mr. Gonzalez arising from the accident of November 17, 2004.

Respectfully submitted,

Douglas Wayne Mullinix                Carlos Alberto Gonzalez, Fox Television
By Counsel                            Stations, Inc., and News Corporation
                                      By Counsel

 /s/ Bruce M. Bender                  /s/ Peter K. Tompa
Bruce M. Bender, Esquire              Peter K. Tompa, Esquire
DC Bar No.:  381319                   DC Bar No.: 413752
Axelson, Williamowsky,                Albert A. Foster, Jr., Esquire
Bender & Fishman P.C.                 DC Bar No.: 464009
401 N. Washington Street              Dillingham & Murphy, LLP
Suite 550                             1155 Connecticut Ave, NW, #1120
Rockville, MD  20850                  Washington, DC  20036
Telephone:  (301) 738-7660            Telephone:  (202) 835-9880
Facsimile:  (301) 424-0124            Facsimile:  (202) 835-9885
bmb@vawlaw.com                        aaf@dillinghammurphy.com
Counsel for Plaintiff                 pkt@dillinghammurphy.com
Douglas Wayne Mullinix                Counsel for Defendants Carlos Alberto Gonzalez,
                                      Fox Television Stations, Inc., and News Corporation


SO ORDERED,

_____

Paul L. Friedman
United States District Judge