UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DOUGLAS WAYNE MULLINIX, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-2034 (PLF) |
| CARLOS ALBERTO GONZALEZ, <u>et al</u>. | ) ) ) | |
| Defendants. | ) ) | |

ORDER

Pursuant to Rule 73 of the Federal Rules of Civil Procedure, Local Civil Rule 73.1 and 28 U.S.C. § 636(c), parties may consent to the assignment of a matter to a magistrate judge for all purposes, including trial.  The right to so consent is a voluntary right, and the parties are free to withhold consent without adverse substantive consequences.  FED. R. CIV. P. 73(b); LCvR 73.1(b).  Appeal from a judgment entered by a magistrate judge under these Rules, and with the parties' consent, will lie directly to the court of appeals as it would from a judgment of the District Court.  FED. R. CIV. P. 73(c);  LCvR 73.1(c).

As the parties to this action have represented to this Court that they consent to the assignment of this matter to a magistrate judge for all purposes, including trial, it is hereby

ORDERED that the parties shall execute and file a joint form of consent or separate forms of consent setting forth their election to have this matter assigned to a magistrate judge for all purposes, including trial.  FED. R. CIV. P. 73(b).  A form of consent may be found as Form 82 in the Appendix to the Federal Rules of Civil Procedure or may be obtained from the

Clerk's Office. Any notice of consent, joint or separate, should be filed with the Clerk of the Court. FED. R. CIV. P. 73(b); LCvR 73.1(b).

      SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 29, 2008