UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DOUGLAS WAYNE MULLINIX          :

           Plaintiff,          :

v.                              :     Civil No. 07-cv-02034 PLF

CARLOS ALBERTO GONZALEZ         :
c/o WTTG FOX 5
FOX TELEVISION STATIONS, INC., et al     :
                                                                      :

           Defendants.

## **PLAINTIFF'S PARTIAL VOLUNTARY DISMISSAL**

COME NOW the Plaintiff, DOUGLAS MULLINIX, by and through counsel, AXELSON, WILLIAMOWSKY, BENDER & FISHMAN, P.C., and hereby dismisses Carlos Alberto Gonzalez and the News Corporation, Ltd, only. This dismissal shall have no force and effect on Plaintiff's claim against Fox Television Stations, Inc.

                                                                   Respectfully submitted,

AXELSON, WILLIAMOWSKY,                DILLINGHAM & MURPHY, LLP
BENDER & FISHMAN, P.C.

| /S/ | /S/ |
|---|---|
| Bruce M. Bender, D.C. Bar #381319 | Peter Tompa, D.C. Bar #413752 |
| 401 N. Washington Street, Suite 550 | 1155 Connecticut Avenue, N.W. |
| Rockville, Maryland 20850 | Suite 1120 |
| (301) 738-7660 Office | Washington, D.C. 20036 |
| (301) 424-0124 Fax | (202)835-9880 Office |
| Attorney for Plaintiff | (202)835-9885 Fax |
| | Attorney for Defendants |