UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS WAYNE MULLINIX,<br><br>    Plaintiff,<br>v.<br><br>CARLOS ALBERTO GONZALEZ, *et al.*<br><br>    Defendants. | )<br>)<br>)<br>)   Case: 1:07-cv-02034-PLF<br>)<br>)<br>)<br>) |

### CONSENT TO PROCEED BEFORE
### A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. ' 636 (c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge Conduct any and all further proceedings in the case, including trial.

_____          _____2/2/08_____
Attorney for the Plaintiff (s)                              Date

_____          _____1/29/08_____
Attorney for the Defendant(s)                            Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. '636(c)(3) and the foregoing consent of the parties.

_____          _____
United States District Judge                             Date

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

                                                                                                                CO-942B<br>
                                                                                                                Rev 3/95<br>
                                                                                                                Rev 7/99