UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOUGLAS WAYNE MULLINIX,

     Plaintiff,

v.

CARLOS ALBERTO GONZALEZ, et al.,

     Defendants.

Civil Action No. 07-2034
DAR

## ORDER REFERRING CIVIL ACTION
## FOR MEDIATION

**ORDERED** that this action is referred to the Circuit Executive for mediation to commence on May 1, 2008, and conclude by July 1, 2008; and it is

**FURTHER ORDERED** that the parties and their counsel attend all mediation sessions; and it is

**FURTHER ORDERED** that counsel shall jointly contact the Circuit Executive to schedule the initial mediation session; and it is

**FURTHER ORDERED** that the Clerk of the Court shall furnish the Circuit Executive with a copy of this Order.

February 20, 2008
                                        /s/
                                        DEBORAH A. ROBINSON
                                        United States Magistrate Judge