UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DOUGLAS WAYNE MULLINIX,               )
                                      )
            Plaintiff,                )
      v.                              )        Case: 1:07-cv-02034
                                      )        Judge: Deborah Robinson,
                                      )        USMJ
CARLOS ALBERTO GONZALEZ, *et al.*     )
                                      )
            Defendants.               )

## PRAECIPE

Please ensure that the Court's records reflect the new contact information for

Peter K. Tompa, Esq., effective April 1, 2008:

Peter K. Tompa, Esq.
Bailey & Ehrenberg PLLC
1155 Connecticut Ave, N.W.
Suite 1100
Washington, D.C. 20036
T: (202) 331-4150
F: (202) 318-7071
E: pkt@becounsel.com

Respectfully submitted,

Peter K. Tompa, Esquire
DC Bar Number 413752
pkt@dillinghammurphy.com
Dillingham & Murphy, LLP
1155 Connecticut Avenue N.W.
Suite 1120
Washington, D.C. 20036
Telephone: (202) 835-9880

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Praecipe was transmitted in accordance with, and via, the electronic filing system to:

> Bruce M. Bender
> Axelson, Williamowsky, Bender & Fishman, P.C.
> 401 N. Washington Street, Suite 550
> Rockville, Md. 20850

this 19th day of March 2008.

Peter K. Tompa