UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS WAYNE MULLINIX, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case: 1:07-cv-02034-DAR |
| ) | Judge: Deborah A. Robinson |
| CARLOS ALBERTO GONZALEZ, *et al.* ) | |
| ) | |
| Defendants. ) | |

### MOTION TO WITHDRAW COUNSEL

COMES NOW, Albert A. Foster Jr., attorney of record for Defendants, and moves this Court, pursuant to Local Rule 101 (c)(1), for leave to withdraw his appearance in this matter.

1. Counsel entered his appearance on behalf of plaintiffs with the filing of the Complaint on or about November 8, 2007.

2. Since entering an appearance, counsel has represented these clients competently and vigorously, drawing on his many years of experience defending tort claims. Counsel served written discovery on Plaintiff and assisted Defendants in responding to written discovery.

3. Counsel withdrew from his partnership at Dillingham & Murphy, LLP, effective February 29, 2008.

4. The Defendants decided to maintain their relationship with Dillingham & Murphy, LLP. As a result of that decision, counsel respectfully withdraws as counsel for Carlos Alberto Gonzalez and FOX TELEVISION STATIONS, INC.

5. Counsel certifies that on February 27, 2008, Dillingham & Murphy notified Plaintiff's counsel.

6. Counsel respectfully requests that this Motion be granted.

~Doc# 29135.1~Doc# 29135.

WHEREFORE, counsel prays that his appearance be stricken as counsel for Defendants.

Respectfully submitted, /s/

Attorney for Defendants

Albert A. Foster, Jr.
Bar No. 464009
Nelson, Mullins, Riley & Scarborough, LLP
101 Constitution Avenue, N.W., Suite 9000
Washington, D.C. 20001
al.foster@nelsonmullins.com
Phone: 202-712-2906
Fax: 202-712-2860

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of March, 2008, a copy of the foregoing was served by first-class mail, postage prepaid on:

Peter K. Tompa, Esq.
Dillingham & Murphy, LLP
1155 Connecticut Avenue, N.W.
Suite 1120
Washington, D.C. 20036
 Mercersburg, PA 17236

Bruce Bender, Esq.
Axelson Williamowsky Bender
 & Fishman, P.C.
401 N. Washington Street
Suite 550
Rockville, Maryland 20850

~Doc# 29135.1~Doc# 29135.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS WAYNE MULLINIX, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CARLOS ALBERTO GONZALEZ, *et al.* )<br>)<br>Defendants. ) | Case:  1:07-cv-02034-DAR<br>Judge:  Deborah A. Robinson |

### ORDER

Upon consideration of Defendants counsel's Motion To Withdraw, or any opposition thereto, and good cause having been shown, it is by the United States District Court for the District Columbia, this _____ day of _____, 2008,

**ORDERED**, that the motion be and is hereby GRANTED; and it is further

**ORDERED**, that the appearance of Albert A. Foster, Jr. be and is hereby WITHDRAWN AND STRICKEN as counsel for Defendants.

_____

~Doc# 29135.1~Doc# 29135.