IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS WAYNE MULLINIX, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case:  1:07-cv-02034-DAR |
| ) | |
| WTTG FOX 5 ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

TO THE CLERK AND COUNSEL OF RECORD:

Please enter my appearance for Defendant WTTG FOX 5.

March 26, 2008                                   Respectfully submitted,

/s/ James C. Bailey

_____
James C. Bailey
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue NW
Suite 1100
Washington, D.C. 20036
T:  (202) 787-3869
F:  (202) 318-7071
E:  jcb@becounsel.com

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2008 a copy of the foregoing was served via the ECF system upon the following:

>Bruce M. Bender
>Axelson, Williamowsky, Bender & Fishman
>401 N. Washington St. Suite 550
>Rockville, MD 20850
>
>/s/ James C. Bailey
>_____
>
>James C. Bailey