## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS WAYNE MULLINIX,       ) | |
|                   Plaintiff,     ) | |
|    v.                                                        ) | Case: 1:07-cv-02034-DAR |
| WTTG FOX 5                                         ) | |
|                   Defendant.    ) | |

### ENTRY OF APPEARANCE

TO THE CLERK AND COUNSEL OF RECORD:

    Please enter my appearance for Defendant WTTG FOX 5.

April 25, 2008                                                    Respectfully submitted,

                                                                     /s/ James C. Bailey

                                                                   _____
                                                                   James C. Bailey (Bar No. 462391)
                                                                   BAILEY & EHRENBERG PLLC
                                                                   1155 Connecticut Avenue NW
                                                                   Suite 1100
                                                                   Washington, D.C. 20036
                                                                   T: (202) 787-3869
                                                                   F: (202) 318-7071
                                                                   E: jcb@becounsel.com

                                                                   Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2008 a copy of the foregoing was served via the ECF system upon the following:

> Bruce M. Bender
> Axelson, Williamowsky, Bender & Fishman
> 401 N. Washington St. Suite 550
> Rockville, MD 20850
>
> /s/ James C. Bailey
> _____
> James C. Bailey