UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOUGLAS WAYNE MULLINIX,

    Plaintiff,

v.

CARLOS ALBERTO GONZALEZ, et al.,

    Defendants.

Civil Action No. 07-2034
DAR

### ORDER REFERRING CIVIL ACTION
### FOR DELAYED MEDIATION

With the consent of the parties, it is, this 29th day of April, 2008,

**ORDERED** that this action is referred to the Circuit Executive for mediation to commence on July 25, 2008 and to conclude 30 days thereafter; and it is

**FURTHER ORDERED** that the parties and their counsel attend all mediation sessions; and it is

**FURTHER ORDERED** that counsel shall jointly contact the Circuit Executive to schedule the initial mediation session; and it is

**FURTHER ORDERED** that the Clerk of the Court shall furnish the Circuit Executive with a copy of this Order.

April 30, 2008

                                    /s/
                                  DEBORAH A. ROBINSON
                                  United States Magistrate Judge

Case 1:07-cv-02034-DAR   Document 18   Filed 04/30/2008   Page 2 of 2