UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS WAYNE MULLINIX | : |
| Plaintiff, | : |
| v. | :  Civil No. 07-cv-02034 DAR |
| CARLOS ALBERT GONZALEZ, et al | : |
| Defendants. | : |

**PLAINTIFF'S MOTION TO EXTENSION OF DEADLINES
WITH CONSENT OF DEFENDANT**

COMES NOW the Plaintiff, DOUGLAS MULLINIX, by and through counsel, AXELSON, WILLIAMOWSKY, BENDER & FISHMAN, P.C., and hereby moves for an Extension of Deadlines in this matter with consent of the Defendant, WTTG FOX 5 and states as follows:

1. This is a personal injury matter whereby the Plaintiff is claiming serious personal injuries arising out of an auto accident.

2. Plaintiff will be designating numerous expert witnesses to testify in this matter.

3. As a result of scheduling difficulties with the various expert examinations, Plaintiff is unable to fully designate all of his experts within the current deadlines.

4. Further, the parties have been diligently completing discovery but will not be able to complete discovery by the current discovery deadline of July 24, 2008.

5. Accordingly, the Plaintiff with consent of the Defendant hereby requests a 60 day extension of the following deadlines. The current deadlines are as follows:

    a) Identification of all fact witnesses who may testify at trial . . . . 06/01/2008

    b) Plaintiff's Expert Designation deadline . . . . . . . . . . . . . . . . . 06/01/2008

    c)    Defendants' Expert Designation deadline ................ 07/01/2008

    d)    Plaintiff's Rebuttal Designation deadline ................ 07/20/2008

    e)    Close of Discovery ................................. 07/24/2008

    f)    Dispositive Motions Deadline ......................... 08/24/2008

6.    The parties request a 60 day extension of all deadlines as follows:

    a)    Identification of all fact witnesses who may testify at trial .... 08/01/2008

    b)    Plaintiff's Expert Designation deadline .................. 08/01/2008

    c)    Defendants' Expert Designation deadline ................ 09/02/2008

    d)    Plaintiff's Rebuttal Designation deadline ................ 09/22/2008

    e)    Close of Discovery ................................. 09/24/2008

    f)    Dispositive Motions deadline ......................... 10/24/2008

7.    This matter is set for trial on February 3, 2009 with a Pre-Trial Conference on January 13, 2009.  Therefore, this extension will not effect the Pre-Trial or Trial Dates in this matter.

8.    The Defendant fully consents to the extension of all deadlines requested.

WHEREFORE, the Plaintiff, with the consent of the Defendant respectfully request a 60 day extension of time for all deadlines as set forth in this Motion.

                                                  Respectfully submitted,
                                                  **AXELSON, WILLIAMOWSKY,**
                                                  **BENDER & FISHMAN, P.C.**

                                                  /S/
                                                  Bruce M. Bender, D.C. Bar 381319
                                                  401 N. Washington Street, #550
                                                  Rockville, Maryland 20850
                                                  (301) 738-7660
                                                  Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of May 2008, a copy of the foregoing was mailed, postage prepaid, first class to:

Peter Tompa, Esq.
BAILEY & EHRENBERG, PLLC
1155 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036

                                         /S/
                                       Bruce M. Bender

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DOUGLAS WAYNE MULLINIX              :

       Plaintiff,              :

v.                                                    :    Civil No. 07-cv-02034 DAR

CARLOS ALBERT GONZALEZ, et al       :

       Defendants.            :

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for Extension of Deadlines with Consent of Defendant, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia,

ORDERED: that Plaintiff's Motion is granted and the deadlines shall be extended as follows:

    a)     Identification of all fact witnesses who may testify at trial . . . . 08/01/2008

    b)     Plaintiff's Expert Designation deadline . . . . . . . . . . . . . . . . . . 08/01/2008

    c)     Defendants' Expert Designation deadline . . . . . . . . . . . . . . . 09/02/2008

    d)     Plaintiff's Rebuttal Designation deadline . . . . . . . . . . . . . . . . 09/22/2008

    e)     Close of Discovery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 09/24/2008

    f)     Dispositive Motions deadline . . . . . . . . . . . . . . . . . . . . . . . . 10/24/2008

                                                           Honorable Deborah A. Robinson