UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS WAYNE MULLINIX, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>CARLOS ALBERTO GONZALEZ, *et al.* )<br>)<br>Defendants. ) | Case:  1:07-cv-02034<br>Judge:  Deborah Robinson,<br> USMJ |

## **PRAECIPE**

Please ensure that the Court's records reflect a corrected telephone number for

Peter K. Tompa, Esq.,:

Peter K. Tompa, Esq.
Bailey & Ehrenberg PLLC
1155 Connecticut Ave, N.W.
Suite 1100
Washington, D.C.  20036
T:  (202) 331-4209
F:  (202) 318-7071
E:  pkt@becounsel.com

                                          Respectfully submitted,

                                          /s/

                                    _____
                                    Peter K. Tompa, Esquire
                                    DC Bar Number 413752
                                    pkt@dillinghammurphy.com
                                    Dillingham & Murphy, LLP
                                    1155 Connecticut Avenue N.W.
                                    Suite 1120
                                    Washington, D.C. 20036
                                    Telephone: (202) 835-9880

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Praecipe was transmitted in accordance with, and via, the electronic filing system to:

>Bruce M. Bender
>Axelson, Williamowsky, Bender & Fishman, P.C.
>401 N. Washington Street, Suite 550
>Rockville, Md. 20850

this 21st day of July 2008.

                                         /s/

                              _____
                              Peter K. Tompa