UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DOUGLAS WAYNE MULLINIX, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   Case:  1:07-cv-02034 |
| | )   Judge:  Deborah Robinson, |
| | )    USMJ |
| CARLOS ALBERTO GONZALEZ, *et al.* | ) |
| | ) |
| Defendants. | ) |

**<u>CORRECTED PRAECIPE</u>**

Please ensure that the Court's records reflect a corrected telephone number for

Peter K. Tompa, Esq.,:

Peter K. Tompa, Esq.
Bailey & Ehrenberg PLLC
1155 Connecticut Ave, N.W.
Suite 1100
Washington, D.C.  20036
T:  (202) 331-4209
F:  (202) 318-7071
E:  pkt@becounsel.com

                                                      Respectfully submitted,

                                                      /s/

                                            _____
                                            Peter K. Tompa, Esquire
                                            DC Bar Number 413752
                                            Bailey & Ehrenberg PLLC
                                            1155 Connecticut Ave, N.W.
                                            Suite 1100
                                            Washington, D.C.  20036
                                            T:  (202) 331-4209
                                            F:  (202) 318-7071
                                            E:  pkt@becounsel.com

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Praecipe was transmitted in accordance with, and via, the electronic filing system to:

    Bruce M. Bender
    Axelson, Williamowsky, Bender & Fishman, P.C.
    401 N. Washington Street, Suite 550
    Rockville, Md. 20850

this 21st day of July 2008.

             /s/

            _____
            Peter K. Tompa