UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DOUGLAS WAYNE MULLINIX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case: 1:07-cv-02034 |
| | ) | Judge: Deborah Robinson, |
| | ) | USMJ |
| CARLOS ALBERTO GONZALEZ, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**Defendant's Motion to Extend Deadlines with Consent of Plaintiff**

Defendant WTTG-Fox 5 ("Fox 5") hereby moves for an additional short extension of deadlines in this matter with the consent of Plaintiff and states as follows:

1. This is a personal injury matter involving an automobile accident.

2. In or about May 27, 2008, Fox 5 agreed to Plaintiff's request to extend court deadlines for some sixty (60) days so that Plaintiff would have adequate time to designate experts.

3. The Court granted Plaintiff's request to extend deadlines on May 30, 2008.

4. Under current deadlines, Defendant's expert reports are due on or before September 1, 2008.

5. Although Defendant has worked assiduously to ensure that these deadlines are met, Defendant has had difficulty ensuring that Defendant's experts have adequate time to prepare reports given summer vacation schedules.

6. The parties have diligently been completing discovery, but would request the Court move all remaining dates back an additional two weeks.

7. Accordingly, Defendant with the consent of Plaintiff hereby requests a 14 day extension of the following remaining deadlines:

    a.  Defendant's expert designation deadline………09/02/08

    b.  Plaintiff's rebuttal designation deadline………..09/22/08

    c.  Close of discovery………………………………09/24/08

    d.  Dispositive Motions deadline………………… 10/24/08

8.  The proposed deadlines are as follows:

    a.  Defendant's expert designation deadline………09/16/08

    b.  Plaintiff's rebuttal designation deadline………..10/06/08

    c.  Close of discovery………………………………10/08/08

    d.  Dispositive Motions deadline…………………..11/07/08

9.  This matter is set for trial on February 3, 2009 with a pre-trial conference on January 13, 2009. Therefore, this extension will not affect the pre-trial or trial dates in this matter.

10.  Plaintiff consents to the extension of all the deadlines requested.

WHEREFORE, the Defendant, with the consent of the Plaintiff respectfully requests a 14 day extension of the deadlines as set forth in this Motion.

                        Respectfully submitted,

                        /s/
                      _____
                      Peter K. Tompa (DC # 413752)
                      Bailey & Ehrenberg PLLC
                      1155 Connecticut Avenue, N.W.
                      Suite 1100
                      Washington, D.C. 20036
                      Telephone: 202.331.4209
                      Facsimile  202.318.7071
                      Email: pkt@becounsel.com
                      Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on 6th day of August 2008, a copy of the foregoing WTTG Fox 5's Motion to Extend Deadlines was served via the Court's electronic service system to the following:

>Bruce M. Bender
>Axelson, Williamowsky, Bender & Fishman
>401 N Washington Street
>Suite 550
>Rockville, MD 20850             /s/
>                       _____
>                       Peter K. Tompa

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DOUGLAS WAYNE MULLINIX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case: 1:07-cv-02034 |
| | ) | Judge: Deborah Robinson, |
| | ) | USMJ |
| CARLOS ALBERTO GONZALEZ, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**Order**

UPON CONSIDERATION of Defendant's Motion for Extension of Deadlines with Consent of Plaintiff, it is on this _____ day of _____, 2008, by the United States District Court of the District of Columbia,

ORDERED: that Defendant's Motion is granted and that the remaining deadlines shall be extended as follows: Defendant WTTG-Fox 5 ("Fox 5") hereby moves for an additional short extension of deadlines in this matter with the consent of Plaintiff and states as follows:

  a. Defendant's expert designation deadline..........09/16/08

  b. Plaintiff's rebuttal designation deadline...........10/06/08

  c. Close of discovery………………………………10/08/08

  d. Dispositive Motions deadline…………………..11/07/08

_____
Hon. Deborah A. Robinson

cc: Peter K. Tompa
    Bruce M. Bender

1