## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

DOUGLAS WAYNE MULLINIX          :

        Plaintiff,                    :

v.                              :      Civil No. 07-cv-02034 DAR

WTTG FOX 5                      :

        Defendants.

## STIPULATION OF DISMISSAL

By stipulation of the parties hereto, please mark the above captioned matter "Settled" and "Dismissed with Prejudice" as to all claims.

Respectfully submitted,
**AXELSON, WILLIAMOWSKY,
BENDER & FISHMAN, P.C.**

\S\
Bruce M. Bender, D.C. Bar #381319
401 N. Washington Street, Suite 550
Rockville, Maryland 20850
(301) 738-7660 Office
(301) 424-0124  Fax

**BAILEY & EHRENBERG, PLLC**

\S\
Peter Tompa, Esq., D.C. Bar #413752
1155 Connecticut Avenue, N.W.,
Suite 1100
Washington, D.C. 20036
(202) 331-4209 Office
(202) 318-7071 Fax